HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JONATHAN SUTCLIFFE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:22-mj-00020-HBK |
| Plaintiff, | ORDER FOR RELEASE |
| v. | |
| JONATHAN SUTCLIFFE, | |
| Defendant. | |

The defendant having been sentenced on October 18, 2022, is hereby released from the custody of the United States Marshal as of October 18, 2022.

IT IS SO ORDERED.

DATED: October 18, 2022

*Sheila K. Oberto*
SHEILA K. OBERTO
United States Magistrate Judge